IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Nov 24, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| BRIAN PRATER, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE COAL, LLC, *et al.*,<br><br>Defendants. | CIVIL CASE<br><br>No. 3:21-cv-00066-RLY-MJD<br><br>CLASS AND COLLECTIVE ACTION<br><br>JURY DEMANDED |

## PARTIES' STIPULATION AND JOINT NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the named Plaintiffs Brian Prater, Jacob Hood, and Eric Thompson, on behalf of themselves and the opt-in plaintiffs who filed a written consent to join this action (collectively, "Plaintiffs"), and Defendants Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC, Gibson County Coal, LLC, Thomas Wynne, and Layne Herring (collectively, "Defendants" and together with Plaintiffs, the "Parties"), by and through their counsel, file this Stipulation and Joint Notice of Dismissal with prejudice. In accord with the Court-approved class action settlement in the litigation captioned *Branson, et al. v. Alliance Coal, LLC, et al.*, No. 4:19-cv-155-RGJ-HBB (W.D. Ky.) (Dkt. 353) (the "*Branson* Litigation"), the Parties hereby agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice as to the Plaintiffs, as defined above. The Parties' attorneys' fees and costs in this litigation are being handled in accordance with the final settlement approved by the Court in the *Branson* Litigation.